No. PD-0112-15

OUSMANE WANGARE,                                 §
            PETITIONER-MOVANT,                   §          IN    THE    COURT    OF

                                                 §

VS.                                              §          CRIMINAL    APPEALS

                                                 §
THE STATE OF TEXAS,                              §
                    RESPONDENT.                  §          OF    TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

## MOTION FOR LEAVE TO FILE
## AN ORIGINAL COPY ONLY OF THE
## PETITIONERY FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

**TO THE HONORABLE JUDGES:**
**TO THE HONORABLE CLERKS:**

COMES NOW, the above named petitioner-movant, acting in his own be-half, respectfuly requesting the Court to allow him to file only an original copy of his [PDR] petition for discretionary review. IN THAT,

[1] The style and appeal number in the Seventh District Court of Appeals at Amarillo, Texas, is No. 07-14-00176-CR;

[2] Pursuant to Rule 2, Tex.R.A.P., petitioner requests the Court to suspend Rule 9.3(b), Tex.R.A.P., that requires filing eleven (11) copies of the Petition for Discretionary Review with this Court;

[3] The facts relied upon show good cause for this request, i.e.

a. Petitioner-movant is indigent, incarcerated and does not have access to a photo copier;
b. Petitioner-movant is not represented by counsel; and,
c. Petitioner-movant believes his attached petition has merit and thus this request is made in good faith.


WHEREFORE MOTION CONSIDERED, petitioner-movant requests the Court to suspend the rule and allow him to file only a single copy of the [PDR] petition for Discretionary review. Thank you.


RESPECTFULLY REQUESTED,

_____
OUSMANE WANGARE: PETITIONER-MOVANT


cc

-1-

## CERTIFICATE OF SERVICE

I, Ousmane Wangare do hereby certify that two copies of this motion were placed in the Robertson Unit's mail box, along with a single copy of his [PDR] petition for Discretionary Review for the Court's filing. I placed said in the Unit's mail box on the **30th day of March 2015.** I attest to this as true by affixing my singature below:

_____
— Ousmane Wangare: Petitioner
Robertson Unit # 1920786
12071    FM    3522
Abilene, TX. 79601

cc